**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TEMINA WEILAND AND
SANDRA VISGER,

       Plaintiffs,                          Case No.: 19-cv-13115

vs.                                             Hon.: Sean F. Cox

K&M MEDICAL & CATASTROPHIC
MANAGEMENT, LLC., a Michigan limited
liability company,

                           Defendant,
_____

**SAVATORE, PRESCOTT & PORTER, PLLC.**
BY:  JENNIFER B. SALVATORE (P66640)
Attorneys for Plaintiffs
105 E. Main Street
Northville, Michigan 48167
(248) 679-8711
salvatore@spplawyers.com

**GASIOREK, MORGAN, GRECO
McCAULEY & KOTZIAN, P.C.**
BY:   SAM MORGAN (P36694)
Attorneys for Defendant
30500 Northwestern Highway, Ste. 425
Farmington Hills, Michigan 48334
(248) 865-0001 / (248) 865-0002 (Fax)
smorgan@gmgmklaw.com

**STIPULATED ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS**

This matter having come before the Court on the parties' Joint Motion to approve the settlement of Plaintiff's claims, the Parties, through their counsel having also stipulated to the entry of this Order, and the Court having reviewed the Confidential Settlement Agreement and being fully advised of the premises;

IT IS HEREBY ORDERED that the comprehensive Confidential Settlement Agreement negotiated between the parties, including the settlement of the Plaintiffs' respective claims against Defendants under the Fair Labor Standards Act in particular, is approved;

IT IS FURTHER ORDERED that this matter is now dismissed with prejudice and without attorneys' fees or costs to any party. Entry of this order resolves all pending claims and closes the case.

Dated:  November 21, 2019          s/Sean F. Cox
                                   Sean F. Cox
                                   U. S. District Judge

So Stipulated, agreed and approved as form and content:

| GASIOREK MORGAN GRECO McCAULEY & KOTZIAN, PC | SAVATORE, PRESCOTT & PORTER, PLLC. |
|---|---|
| By: _/s/Sam Morgan_ <br> Sam Morgan (P36694) <br> Attorneys for Plaintiff <br> 30500 Northwestern Hwy, Ste. 425 <br> Farmington Hills, MI 48334 <br> (248) 865-0001 <br> smorgan@gmgmklaw.com | By: _/s/Jennifer B. Salvatore_ <br> Jennifer B. Salvatore (P66640) <br> Attorneys for Plaintiffs <br> 105 E. Main Street <br> Northville, Michigan 48167 <br> (248) 679-8711 <br> salvatore@spplawyers.com |